UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHANIE SMITH,

     Plaintiff,

v.                                      Case No.: 3:19-cv-539-J-39MCR

STANDARD INSURANCE COMPANY,

     Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal with Prejudice (Doc. No.23; Stipulation) filed on December 13, 2019. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 18th day of December, 2019.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*